The Honorable John H. Chun

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DAISY PANDEY AND SUNIL PAUDEL, and the marital community composed thereof,<br><br>    Plaintiffs,<br>v.<br><br>MERCHANTS CREDIT CORPORATION, a Washington Corporation, d/b/a Merchants Credit Association,<br><br>    Defendant. | Case No. 2:22-cv-01677-JHC<br><br>**Order Granting Defendant's Unopposed Motion for Extension of Time to Respond to Complaint** |

The court has considered Defendant Merchants Credit Corporation, d/b/a/ Merchants Credit Association ("Merchants") Unopposed Motion to Extend Time to File Response to Complaint, and the supporting Declaration of Timothy J. Fransen. For good cause shown,

IT IS ORDERED:

1. The motion to extend time is GRANTED,

2. The deadline for Merchants to file its response to the complaint is extended up to and including December 7, 2022.

DATED: November 30, 2022

_____
John H. Chun
United States District Judge

Page 1 -  Order Granting Defendant's Unopposed Motion for Extension of
          Time to Respond to Complaint

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **[PROPOSED] Order Granting Defendant's Unopposed Motion for Extension of Time to Respond to Complaint** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

Boris Davidovskiy
Boris Davidovskiy, P.C.
6100 219th St SW, Suite 480
Mountlake Terrace, WA 98043
boris@davidovskiylaw.com
    Attorneys for Plaintiffs

DATED:  November 30, 2022

*s/ Timothy J. Fransen*
_____
Timothy J. Fransen, WSBA No. 51110

Page 1 – **CERTIFICATE OF SERVICE**