UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DAISY PANDEY AND SUNIL PAUDEL, and the marital community composed thereof,<br><br>Plaintiffs,<br>v.<br><br>MERCHANTS CREDIT CORPORATION, a Washington Corporation, d/b/a Merchants Credit Association,<br><br>Defendant. | No. 2:22-cv-1677-JHC<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL<br><br>NOTED FOR CONSIDERATION: APRIL 19, 2024 |

**STIPULATION**

Pursuant to Local Civil Rule 10(g), Plaintiffs Daisy Pandey and Sunil Paudel ("Plaintiffs") and Defendant Merchants Credit Corporation ("Defendant"), by and through their attorneys of record, stipulate to the Court's entry of the proposed order set forth below.

In support of this request, the parties represent the following:

1. Plaintiffs filed this lawsuit on October 24, 2022 (Dkt. #1-1).

2. Defendant removed this case to this Court on November 23, 2022 (Dkt. #1).

3. On January 19, 2023, the Court issued an Order Setting Trial Date and Related Dates, setting the trial in this matter for February 12, 2024.

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL - 1

4. On October 12, 2023, the Court issued a Minute Order Setting Trial Date And Related Dates, resetting the trial in this matter for September 9, 2024.

5. The Parties have since been proceeding diligently with discovery. However, the parties have had difficulty scheduling certain depositions given the availability of counsel and parties. Additional time is needed to complete those depositions, should the case not resolve as discussed below.

6. At this time, the parties would like to attempt to resolve this matter before transaction costs become a further barrier to any resolution and then complete all remaining necessarily discovery if needed. In the interest of party and judicial resources, and also to avoid present conflicts with the current case schedule, the parties have agreed to continue the trial to February 10, 2025, with all the deadlines trailing the new date.

7. The parties respectfully request that the Court enter an amended Order Setting Trial Date and Pretrial Schedule consistent with the parties' proposed schedule:

| Event | Proposed Deadline |
|---|---|
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | August 9, 2024 |
| Discovery completed by | September 20, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | October 18, 2024 |
| Settlement conference held no later than | No later than November 15, 2024 |
| All motions in limine must be filed by All motions in limine shall be filed as one motion. | January 17, 2025 |

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL - 2

| Agreed pretrial order due | August 19, 2024 |
|---|---|
| Deposition Designations must be submitted to the court (not filed on CM/ECF) by: (*see* LCR 32(e)) | January 20, 2025 |
| Pretrial conference to be held at 01:30 pm on | January 27, 2025 |
| Trial briefs, proposed findings of fact and conclusions of law by | February 3, 2025 |

DATED this 19th day of April, 2024.

BORIS DAVIDOVSKIY, P.C.

By: */s/* Boris Davidovskiy
Boris Davidovskiy, WSBA #50593
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Telephone: (425) 582-5200
Email: boris@davidovskiylaw.com
Attorney for Plaintiffs

COSGRAVE VERGEER KESTER LLP

By: */s/* Timothy J. Fransen
Timothy J. Fransen, WSBA #51110
900 SW Fifth Avenue, 24th Floor
Portland, OR 97204
Telephone: (503) 323-9000
E-mail: tfransen@cosgravelaw.com
Attorney for Defendant

## ORDER

The Court GRANTS the motion. But given its schedule, the Court sets trial for March 10, 2025. The Court DIRECTS the Clerk to issue a new case scheduling order.

DATED this 22nd day of April, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL - 3